AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

| | |
|---|---|
| JOSEPH T. HARANZO,<br>    Plaintiff,<br><br>v.<br><br><br>NORTH CAROLINA DEPARTMENT OF<br>VOCATIONAL REHABILITATION SERVICES<br>and WILLIAM ROSS,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:10-CV-175-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss [D.E. #5] is GRANTED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 11, 2011** WITH A COPY TO:

Joseph T. Haranzo, pro se (Via USPS to 1910 Arlington Park Drive, Greenville, NC 27858)
Dorothy A. Powers (Via CM/ECF electronic notification)


May 11, 2011                                            DENNIS P. IAVARONE, Clerk
Date                                                      Eastern District of North Carolina

                                                                      /s/ Debby Sawyer
                                                                      (By) Deputy Clerk

Raleigh, North Carolina